**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 417 MAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| 2012 MAZDA 323 SEDAN VIN | : | |
| #JM1BL1VF8C1514566 | : | |
| | : | |
| | : | |
| PETITION OF: IRENA SWIATEK | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.